LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TATIANA GUTIERREZ JACKSON,<br><br>   Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>   Defendant. | No. 5:22-CV-00018 KKK<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees, and zero costs are awarded in the amount of FIVE THOUSAND DOLLARS AND 0/100 ($5,000), subject to the terms of the stipulation.

DATE: March 1, 2023     _/s/ Kenly Kiya Kato_

HON. KENLY KIYA KATO,
UNITED STATES MAGISTRATE JUDGE

-1-